THE WONT COPY FOR US   PLEASE SEND BACK

United State Courts

for the

Western District of Missouri

8th Division

) Case No. _____
) *(to be filled in by the Clerk's Office)*
Wayne L Bronder )
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
)
Judge Joshua Devine )
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: WAYNE BRONDEL
All other names by which you have been known: N/A
ID Number: 4139818
Current Institution: St Louis Forensic Center
Address: 5351 Delmar Blvd
St Louis, MO 63112

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: JOSHUA DEVINE
Job or Title *(if known)*: CALLAWAY CIRCUIT JUDGE
Shield Number: N/A
Employer: STATE OF MISSOURI
Address: 5 East 2nd Street
Fulton, MO 65251
[X] Individual capacity  [X] Official capacity ?

Defendant No. 2
Name: ALL JUDGE OF 13th SINCE JAN 2009
Job or Title *(if known)*: DONT HAVE INFO NEEDED
Shield Number: N/A
Employer: N/A
Address: HAVE KNOWN & IGNORED
[X] Individual capacity  [X] Official capacity

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

THERE ARE MORE THAN 4 ITS ALL JUDGES OF THE 13th DISTRICT CALLAWAY AND A FEW IN BOONE COUNTY ALL HAVE KNOWLEDGE OF

City     State     Zip Code

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

City     State     Zip Code

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

AMENDMENTS 5, 6, 8, & 14

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

THEY ARE ALL CALLAWAY/BOONE 13th DISTRICT JUDGES

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
09-CW-JU-00001 A CALLAWAY COURT CLERK DONE AN ILLEGAL ACT WHICH HAS BEEN REPORTED TO ALL & FULLY EXPLAIN IN 20-CW-CV-00463 & FED CASE 2-24-CV-4068

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
THIS HAPPEN IN CALLAWAY COURTS AND OVER THE YEARS I REPORT IT. THEY FALSELY ARREST & NO BOND FOR YEARS & YEARS CASE NET EXPLAINS ALL FALSE 911 MIS-USE CASE ONLY CALLAWAY & STATE OFFICIALS OR THERE INFORMANT EVER ACCUSED ME OF

C. What date and approximate time did the events giving rise to your claim(s) occur?

I REPORTED TO CALLAWAY OFFICIALS IN 2009 NO RESULTS I REPORTED TO MO ATT GEN & ALL STATE OFFICES IN JEFFERSON CITY MO, STATE & FEDERAL I NEVER STOPPED REPORTING I WAS THERE ON 3-18-25 REPORTING ARRESTED 3-21-25 committed 3-25-25 NO COURT WAS HELD

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

THIS IS THE BIGGEST COVER UP IN THE STATE OF MO. I HAVE PROOF OF DOCUMENTS TAKEN TO EVERY STATE OFFICE & TV 13 TV 8 TV 17 I GET ARRESTED WHEN I DO MANY MANY TIMES

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

THE STRESS OF ALL KILLED MY WIFE IN 2013 THE CONSTANST HARRAS & KIDNAPPED OF SON = SUCIDE 2017 THE ONLY SON LEFT SUCIDE ATTEMPTS = BLOWED LEFT HAND OFF RECENTLY TRIED DAY BEFORE COMMITT

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WOULD LIKE TO BE RELEASED IMMEDIATELY TO CARE FOR THE NEEDS OF MY LAST SUCIDSIDE SON A HABEAS CORPUS IS PENDING 25CV-04068 WOULD LIKE FOR THIS TO BE INVESTIGATE & CALLAWAY COURTS RESTORED TO TRUE & JUST ALL CRIMINAL ACT FULL PUNISHED & ALL THE MONEY I LOST & SPENT TRYING TO GET AN INVESTIGATION AN A SIMPLE MO CONST ART 1 SECTION 16 = GRAND JURY TO INVESTIGA? PUBLIC OFFICIALS

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). CALLAWAY COUNTY JAIL THEY DONE MANY TIME TRIED TO KILL ME ALL ON VIDEO, ST. LOUIS FORENSIC CENTER IN 2013 & NOW AGAIN IN 2025
2013 = WAS ILLEGAL AW HABENS FIASCO"

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? I HAVE WROTE 1000'S OF PAGES ITS ALL IN COURT CASES IN CALLAWAY & CALLAWAY COMMISSIONS RECORD & CALLAWAY RECORDER OFFICE

Case 2:25-cv-04106-BCW    Document 1    Filed 05/09/25    Page 6 of 12

Page 6 of 11

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? I FILED GRIEVANCES EVER TIME EVERY WHERE THEY FALSELY ARREST ME & MALICOUSLY PROSECUTOR I BEEN IN ST. LOUIS 28 DAYS FILED OVER 60 NOT 1 RESPONCE THEY KNOW WHAT THEY ARE DOING

2. What did you claim in your grievance? FALSELY ARRESTED & THE ABUSE & NEGELT OF ME & OTHER PATIENT

3. What was the result, if any? NOTHING AND WE CONTACTED ALL AGENCYS AND THERE BOSSES BOSS WE HAVE DOCUMENTS OF EVER ACTION & ILLEGAL ACT THEY DONE & THE KNOW IT

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I DONT KNOW OF A STEP I DID NOT TAKE, F.B.I IN JEFFERSON CITY MO NOTHING WE DROVE TO KANNAS CITY F.B.I THEY MET IN PARKING LOT TOLD US TO GO BACK HOME, WE HAVE PROOF OF ALL OF THIS I WAS AT F.B.I. 3-18-25 REPORTED I FEARED MY LIFE & FAMILYS TO THEM NOTHING!! 3-21-25 ARRESTED AGAIN FOR NOTHING

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. ALOT OF CALLAWAY OFFICIALS & JUDGES & PROSECUTOR & SHERIFF HAS BEEN REMOVED, REPLACED OR SHUFFLED AROUND EVEN COMMISSIONERS ITS ALL RELATED TO THIS COVER UP THE INTERNET THEY CAN NO LONGER COVER UP

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* I HAVE TRUCK LOADS & THEY ALL KNOW IT BEEN COLLECTING SINCE 1979 WHEN THEY KILLED MY BROTHER

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) **20CW-CV-00463**
   Defendant(s) **NO INFO ACCESS**

2. Court *(if federal court, name the district; if state court, name the county and State)*
   **CALLAWAY COUNTY CIRCUIT COURT**

3. Docket or index number

4. Name of Judge assigned to your case
   **KEVIN CRANE**   CRIMINAL CLERK ANGRES BOSS AT THE TIME MO ATT GENERAL ENTER TO DEFEND CALLAWAY COURTS IN CALLAWAY

5. Approximate date of filing lawsuit

6. Is the case still pending?
   ☒ Yes  CRIMINAL CLERKS WHO KNOWS
   ☐ No   NO ONE WILL INVESTIGATE
   I REFILED & HAVE PROOF
   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   **ILLEGAL ACTS ME BEING FALSELY ARREST NO BOND FOR OVER YEAR**

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) **WAYNE BROWDER VS**
   Defendant(s) **MO ATTORNEY GENERAL**

2. Court *(if federal court, name the district; if state court, name the county and State)*

   **WESTERN DIST JEFFERSON CITY**

3. Docket or index number
   **2-24-CV-04053**

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit
   **Feb of 24 ?**

6. Is the case still pending?
   ☒ Yes
   ☐ No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* **MO ATT GEN & Callaway Commission LIED TO APPEALS COURT TO GET DISMISSED I OBTAINED PROOF OF AND WAS AT FEDERAL CLERKS OFFICE IN JO CO MO THEY GAVE ME INFO AND INSTRUCTIONS TO MOVE TO U.S. SUPREME COURT IN WASHINGTON DC I TRUELY BELIEVE DONALD TRUMP VETTING HIM FINDING THIS CASE INFO & ME MOVING FORWARD AFTER THREATS IS WHAT PROVOKED THIS CONFINEMENT**

Case 2:25-cv-04106-BCW    Document 1    Filed 05/09/25    Page 10 of 12

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-24-25

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: WAYNE L BRONDER
Prison Identification #: 4139818
Prison Address: 5351 DELMAR BLVD., ST LOUIS, MO 63112

### B. For Attorneys

Date of signing: 

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address:

Wayne Bondel 3 West
METROPOLITAN ST LOUIS PSYCHIATRIC CENTER
5351 DELMAR BOULEVARD
ST LOUIS MO 63112

MO 650-2969 (3-96)

RECEIVED
2025 MAY -9 AM 10: 16
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

United States West Dist Court
400 East 9th Street
Kansas City Mo 64106

SAINT LOUIS MO 630
5 MAY 2025 PM 9 L

FIRST-CLASS

ZIP 63112
02 7H
0006201704
US POSTAGE MI PITNEY BOWES
$ 000.69⁰
MAY 02 2025

SUPREMED BY
U.S. MARSHAL

64106-250799